IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA BAGGETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0716 |
| ) | Judge Trauger |
| IZET MUJAKIC and ELVIS SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for October 24, 2011 at 1:30 p.m. is hereby **RESET** for the same day at 9:15 a.m.

It is so **ORDERED**.

ENTER this 2nd day of September 2011.

_____
ALETA A. TRAUGER
U.S. District Judge